McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| GERALD KERBAUGH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:17-cv-01255-AC <br><br> STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until February 1, 2018. This is Defendant's first request for an extension of time to respond. The case was reassigned while Defense counsel was on leave. Defense counsel requires additional time to fully review the

administrative record and consider the government's position due to a recent relocation, and conflicting due dates. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: January 3, 2018     By:  */s/ Jonathan O. Peña\**
                                                           JONATHAN O. PEÑA
                                                           Attorney for Plaintiff
                                                           (*By e-mail authorization on 01/03/18)

Dated: January 3, 2018     McGREGOR W. SCOTT
                                               United States Attorney
                                             DEBORAH LEE STACHEL
                                             Regional Chief Counsel, Region IX
                                             Social Security Administration

                                     By:  */s/ Donna W. Anderson*
                                             DONNA W. ANDERSON
                                             Special Assistant United States Attorney
                                             Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated: January 4, 2018

                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE