McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| GERALD KERBAUGH,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-01255-AC<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until February 26, 2018. This is Defendant's second request for an extension of time to respond. The case was reassigned while Defense counsel was on leave. Defense counsel requires additional time to fully

review the administrative record and consider the government's position due to miscalendaring of this matter. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: February 23, 2018     By:  /s/ Jonathan O. Peña*
                                 JONATHAN O. PEÑA
                                 Attorney for Plaintiff
                                 (*By e-mail authorization on 02/22/18)


Dated: February 23, 2018         McGREGOR W. SCOTT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                            By:  /s/ Donna W. Anderson
                                 DONNA W. ANDERSON
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED:

Dated: 2/23/18                   _____
                                 HON. ALLISON CLAIRE
                                 United States Magistrate Judge